IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL AVALOS-LOPEZ,

Defendant.

Case No. ED 25-MJ-00290

ORDER OF DETENTION

I.

On May 16, 2025, Defendant Daniel Avalos-Lopez - assisted by Spanish language interpreter Thoms Kavelin - made his initial appearance on the criminal complaint filed in this case. Deputy Federal Public Defender Elena Sadowsky was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Rahul Hari. At Defendant's request a detention hearing was continued to May 19, 2025 and held on that date. At the detention hearing on May 19, 2025, Defendant stated that his true name was Marcos Augustin Morales Garcia. The government was represented by Assistant U.S. Attorney Nicholas Purcell. Defendant submitted on the recommendation of detention in the reports

1 | prepared by U.S. Probation and Pretrial Services on May 16, 2025 and May 19,
2 | 2025.

4 | ☐   On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

7 | ☒   On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the reports and recommendations prepared by United States Probation and Pretrial Services, dated April 14, 2025 and April 17, 2025, and the arguments of counsel at the hearing.

IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ unverified background information

☒ No legal status in the United States

☒ unknown bail resources

☒ use of aliases – Defendant admitted that his true name was Daniel Avalos-Lopez at his initial appearance on May 16, 2025 but stated that his true name was Marcos Augustin Morales Garcia at the detention hearing on May 19, 2025. The report prepared by U.S. Probation and Pretrial Services noted that Defendant had five aliases and name variations and identifiers, including "Marcos Augustin Morales Garcia."

☒ Defendant is alleged to have entered the United States without permission after being deported in 1997.

As to danger to the community:

☒ criminal history includes misdemeanor conviction for possession of stolen vehicle in 2024; Defendant was arrested for grand theft and receiving stolen property in May 2025.

V.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel.  On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal

for the purpose of an appearance in connection with a court proceeding.

[18 U.S.C. § 3142(i)]

Dated: May 19, 2025

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE